IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYRESE WISE**                                                                                                          **PLAINTIFF**
ADC #180930

v.                           Case No. 4:25-CV-00877-JM

**WELLPATH**, *et al*.                                                                                                **DEFENDANTS**

## ORDER

Despite being provided extra time to do so, Wise has not complied with the August 29, 2025 Order directing him to pay the filing and administrative fees for this case or file a complete motion to proceed *in forma pauperis*. *Doc. 2; Doc. 5.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 20th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE